THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Higgins,       
Appellant.
 
 
 

Appeal From Spartanburg County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 
2004-UP-163
Submitted January 29, 2004  Filed March 15, 2004 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  James Higgins appeals his convictions 
 for kidnapping, armed robbery, common law robbery, and possession of a stolen 
 vehicle.  Higginss appellate counsel has petitioned to be relieved as counsel, 
 stating he has reviewed the record and has concluded Higginss appeal is without 
 merit.  The issue briefed by counsel concerns whether Higgins, in pleading guilty 
 as charged, understood the facts in relationship to the applicable law as required 
 by Boykin v. Alabama. [1]   
 Higgins has not filed a brief with this court on his own behalf.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues in this case that are arguable on their merits.  Accordingly, we dismiss 
 Higginss appeal and grant counsels petition to be relieved. 
 [2] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 
 [1]   395 U.S. 238 (1969).

 
 
 [2]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.